CERTIFICATE OF SERVICE

I, Donald A. Nunn declare that:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to this action; and I am employed in the County of San Diego, California. My business address is 13426 Community Road. Poway, California.

I caused to be served by electronic mail on July 30, 2008:

SENTENCING SUMMARY CHART

to the following:

- **David D Leshner**
  david.leshner@usdoj.gov,esmeralda.diaz@usdoj.gov,efile.dkt.gc1@usdoj.gov

- **Ned Lynch**
  nedlynch@aol.com

                                            s/Donald A. Nunn
                                            Donald A. Nunn,
                                            Attorney for Defendant Juan Ramon Esquivias-Salomon

---

Sentencing Letter